IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:20cr153-MHT
                            )            (WO)
CHARLES PARKER HARRINGTON,  )
III
```

ORDER

Based on the representations made at a teleconference on May 13, 2021, it appears that defendant Charles Parker Harrington still presents as psychotic. The court is concerned about ensuring that Harrington receives mental-health treatment, is not on the street, and does not have any interaction with the law. The court believes it should provide defense counsel with a chance to work with Harrington to access treatment voluntarily.

***

Accordingly, it is ORDERED that, with regard to the noncompliance summary report (Doc. 6), an additional telephone conference is set for 12 noon on May 27,

2021. The courtroom deputy is to make appropriate arrangements for the call.

DONE, this the 13th day of May, 2021.

                                                   /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE