**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:20cr153-MHT** |
| | ) | **(WO)** |
| **CHARLES PARKER HARRINGTON, III** | ) | |

**ORDER**

Based on the representations made on the record on July 12, 2021, it is ORDERED that the court will not set a further status conference at this time. Defendant Charles Parker Harrington appears to be stable. If the probation officer and/or defense counsel believe that another status conference is needed, they may request one.

DONE, this the 12th day of July, 2021.

                                /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**