IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
    v.                       )         2:20cr153-MHT
                             )             (WO)
CHARLES PARKER HARRINGTON,   )
III                          )
```

SUPPLEMENTAL ORDER ON TREATMENT-RELATED SPECIAL CONDITIONS OF SUPERVISED RELEASE

In accordance with the provisions of the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for defendant Charles Parker Harrington, III to participate in a substance-abuse treatment program as appropriate. This substance-abuse treatment shall include participation in Narcotics Anonymous.

(2) Arrange for defendant Harrington to participate in mental-health treatment as appropriate. This mental-health treatment shall include participation in psychotherapy, consistent with the recommendation of

Dr. Ashlee Zito in Harrington's April 2022 psychological evaluation (Doc. 36-1), at least monthly. This psychotherapy shall address, in addition to any other areas the psychotherapist finds appropriate, the reasons that Harrington must not possess a gun. Probation shall arrange for any treatment provider to receive a copy of Harrington's recent psychological evaluation by Dr. Zito and psychiatric evaluation by Dr. Bhushan Agharkar (Doc. 36-2).*

DONE, this the 1st day of June, 2022.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE

---

* In open court, the court ordered that defendant Harrington was to receive an updated psychiatric assessment, consistent with Dr. Zito's recommendation. Because Dr. Agharkar's psychiatric evaluation addressed Harrington's psychotropic medication treatment needs in light of Dr. Zito's evaluation, the court does not order an additional psychiatric assessment.